**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

WESTERN DISTRICT OF WASHINGTON

Case number *(if known)* _____  Chapter  **7**

☐ Check if this an
   amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy    4/16

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).
For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | | |
|---|---|---|---|
| 1. | **Debtor's name** | **Madison Holdings** | |
| 2. | **All other names debtor used in the last 8 years** <br><br> Include any assumed names, trade names and *doing business as* names | | |
| 3. | **Debtor's federal Employer Identification Number** (EIN) | **68-0509529** | |

**4.   Debtor's address**

| Principal place of business | Mailing address, if different from principal place of business |
|---|---|
| **503 Bellevue Square** <br> **Bellevue, WA 98004** <br> Number, Street, City, State & ZIP Code | <br><br> P.O. Box, Number, Street, City, State & ZIP Code |
| **King** <br> County | **Location of principal assets, if different from principal place of business** <br> **Custom Space Storage** <br> **Unit B7 and C7** <br> **915 S 96th Street Seattle, WA 98108** <br> Number, Street, City, State & ZIP Code |

**5.   Debtor's website** (URL)    **www.bluecsushi.com**

**6.   Type of debtor**

■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))

☐ Partnership (excluding LLP)

☐ Other. Specify: _____

Case 19-10077-CMA    Doc 1    Filed 01/11/19    Ent. 01/11/19 15:14:15    Pg. 1 of 22

**7. Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

■ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor.
See http://www.uscourts.gov/four-digit-national-association-naics-codes.

     **7225**

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*

■ Chapter 7

☐ Chapter 9

☐ Chapter 11. *Check all that apply*:

    ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,566,050 (amount subject to adjustment on 4/01/19 and every 3 years after that).

    ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

    ☐ A plan is being filed with this petition.

    ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

    ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

    ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

■ No.

☐ Yes.

| District _____ | When _____ | Case number _____ |
| District _____ | When _____ | Case number _____ |

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

List all cases. If more than 1, attach a separate list

☐ No

■ Yes.

| Debtor | **See attached** | Relationship _____ |
| District _____ | When _____ | Case number, if known _____ |

**11. Why is the case filed in this district?**

*Check all that apply:*

■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

■ No

☐ Yes.   Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____

Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No

☐ Yes.   Insurance agency _____

       Contact name _____

       Phone _____

---

■   **Statistical and administrative information**

**13. Debtor's estimation of available funds**

*Check one:*

☐ Funds will be available for distribution to unsecured creditors.

■ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

☐ 1-49
☐ 50-99
■ 100-199
☐ 200-999

☐ 1,000-5,000
☐ 5001-10,000
☐ 10,001-25,000

☐ 25,001-50,000
☐ 50,001-100,000
☐ More than100,000

**15. Estimated Assets**

☐ $0 - $50,000
☐ $50,000 - $100,000
■ $100,001 - $500,000
☐ $500,001 - $1 million

☐ $1,000,001 - $10 million
☐ $10,000,001 - $50 million
☐ $50,000,001 - $100 million
☐ $100,000,001 - $500 million

☐ $500,000,001 - $1 billion
☐ $1,000,000,001 - $10 billion
☐ $10,000,000,001 - $50 billion
☐ More than $50 billion

**16. Estimated liabilities**

☐ $0 - $50,000
☐ $50,001 - $100,000
☐ $100,001 - $500,000
☐ $500,001 - $1 million

☐ $1,000,001 - $10 million
■ $10,000,001 - $50 million
☐ $50,000,001 - $100 million
☐ $100,000,001 - $500 million

☐ $500,000,001 - $1 billion
☐ $1,000,000,001 - $10 billion
☐ $10,000,000,001 - $50 billion
☐ More than $50 billion

| | |
|---|---|
| ▮ | **Request for Relief, Declaration, and Signatures** |

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is trued and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **January 11, 2019**
               MM / DD / YYYY

**X** **/s/ Russell C. Horowitz**                          **Russell C. Horowitz**
Signature of authorized representative of debtor          Printed name

Title    **Chairman**

**18. Signature of attorney**

**X** **/s/ Christine M. Tobin-Presser**          Date **January 11, 2019**
Signature of attorney for debtor                      MM / DD / YYYY

**Christine M. Tobin-Presser**
Printed name

**Bush Kornfeld LLP**
Firm name

**601 Union St., Suite 5000**
**Seattle, WA 98101-2373**
Number, Street, City, State & ZIP Code

Contact phone    **(206) 292-2110**    Email address    **ctobin@bskd.com**

**WSBA 27628 WA**
Bar number and State

**PENDING BANKRUPTCY CASES BEING FILED BY AFFILIATES OF DEBTOR**

**(list includes Debtor)**

| Debtor Name | Relationship | Date Filed | Case Number | District |
|---|---|---|---|---|
| Madison Holdings | Parent | 1/11/2019 | To be determined | Western District of WA |
| Striker Corporation 3AW | Common Parent | 1/11/2019 | To be determined | Western District of WA |
| Striker Corporation BSQ | Common Parent | 1/11/2019 | To be determined | Western District of WA |
| Blue C California, Inc. | Common Parent | 1/11/2019 | To be determined | Western District of WA |
| Striker Corporation DT | Common Parent | 1/11/2019 | To be determined | Western District of WA |
| Striker Corporation 4SC | Common Parent | 1/11/2019 | To be determined | Western District of WA |
| Striker Corporation #2 | Common Parent | 1/11/2019 | To be determined | Western District of WA |

In re    __Madison Holdings__                                       Case No. _____

                                         Debtor(s)             Chapter    __7__ _____

# VERIFICATION OF CREDITOR MATRIX

I, the Chairman of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct

to the best of my knowledge.

Date:    __January 11, 2019__ _____        **/s/ Russell C. Horowitz** _____

                                                    **Russell C. Horowitz**/**Chairman**

                                                    Signer/Title

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com                                          Best Case Bankruptcy

```
US ATTORNEY
ATTN BANKRUPTCY ASSISTANT
700 STEWART STREET
ROOM 5220
SEATTLE, WA 98101-4438


INTERNAL REVENUE SVC (PHIL)
CENTALIZED INSOL OPERATIONS
PO BOX 7346
PHILADELPHIA, PA 19101-7346


COMMODITY FUTURES TRADING
1155 21ST ST NW
WASHINGTON, DC 20581


SECURITIES & EXCHANGE COMM
ATTN BANKRUPTCY COUNSEL
44 MONTGOMERY ST #2600
SAN FRANCISCO, CA 94104


US TREASURY
SECRETARY OF THE TREASURY
1500 PENNSYLVANIA AVE NW
WASHINGTON, DC 20220


WA DEPT OF REV-SEA
BANKRUPTCY/CLAIMS UNIT
2101 4TH AVE #1400
SEATTLE, WA 98121-2300


WA DEPT OF L&I-OLY
COLLECTIONS
PO BOX 44171
OLYMPIA, WA 98504-4171


WA DEPT OF EMP SEC-OLY
UI TAX ADMIN
PO BOX 9046
OLYMPIA, WA 98507-9046


WA ATTORNEY GENERAL
BANKRUPTCY & COLLECTIONS UNIT
800 5TH AVE #2000
SEATTLE, WA 98104
```

CHRISTINE M. TOBIN-PRESSER
BUSH KORNFELD LLP
601 UNION ST., SUITE 5000
SEATTLE, WA 98101-2373


MADISON HOLDINGS
503 BELLEVUE SQUARE
BELLEVUE, WA 98004


7TH & PINE LLC
P.O. BOX 31001-2394
PASADENA, CA 91110-2394


AAA FIRE PROTECTION INC.
3013 3RD AVE N
SEATTLE, WA 98109


ABRAHAM BRETON
12102 4TH AVE W 16-203
EVERETT, WA 98204


ACE PARKING MANAGEMENT
500 UNION ST, STE 400
SEATTLE, WA 98101


ADT
PO BOX 371878
PITTSBURGH, PA 15250-7878


ALDERWOOD MALL LLC
SDS-12-3019 PO BOX 86
MINNEAPOLIS, MN 55486-3019


ALL AMERICAN FIRE PROTECTION
PO BOX 393
EVERETT, WA 98206


ALL BRAND APPLIANCE REPAID
PO BOX 393
EVERETT, WA 98206


ALPHA GRAPHICS
3131 ELLIOT AVE, STE 100
SEATTLE, WA 98121

```
AMERICAN FUNDS
PO BOX 659530
SAN ANTONIO, TX 78265-9530


AMPIL
260 N CHARLES LINDBERGH DR
SALT LAKE CITY, UT 84116


AMTRUST NORTH AMERICA
800 SUPERIOR AVE E, 21ST FL.
CLEVELAND, OH 44114


ASCENTIUM CAPITAL LLC
23970 HWY 59 N
KINDWOOD, TX 77339


AT&T
PO BOX 5025
CAROL STREAM, IL 60197-5025


AT&T MOBILITY
PO BOX 6463
CAROL STREAM, IL 60197-6463


AVK HOLDINGS LLC
21927 40TH AVE SE
BOTHELL, WA 98021


BAKER COMMODITIES
PO BOX 58368
SEATTLE, WA 98138


BARGREEN ELLINGSON
3627 1ST AVE S
SEATTLE, WA 98134


BELLEVUE SQUARE LLC
575 BELLEVUE SQUARE
BELLEVUE, WA 98004


BELLEVUE SQUARE MERCHANTS ASSOCIATION
16916 COLLECTIONS CENTER DR
CHICAGO, IL 60693
```

BFC ARCHITECCTURAL METALS INC
PO BOX 80222
SEATTLE, WA 98108


BULGER SAFE AND LOCK, INC.
11502 LAKE CITY WAY NE
SEATTLE, WA 98125


CALIFORNIA FRANCHISE TAX BOARD
PO BOX 942857
SACRAMENTO, CA 94279


CARD MARKETING SERVICES
2026 JOHNSON INDUSTRIAL BLVD
NOLENSVILLE, TN 37135


CENTRAL WELDING SUPPLY
PO BOX 179
N LAKEWOOD, WA 98259


CENTURY LINK
PO BOX 91155
SEATTLE, WA 98111-9255


CFO SELECTIONS
310-120TH AVE NE, #101
BELLEVUE, WA 98005


CHARLIES PRODUCE
3800 1ST AVE S
SEATTLE, WA 98134


CHASE CARD SERVICES
PO BOX 94014
PALATINE, IL 60094-4014


CHEF WORKS
12325 KERRAN ST
POWAY, CA 92064


CIGNA HEALTHCARE
1700 LINCOLN STREET
  LOWER LEVEL 3, LOCK BOX
DENVER, CO 80274

```
CINTAS
6400 MERRILL CREEK PKWY
EVERETT, WA 98203


CITY OF BELLEVUE
PO BOX 90012
BELLEVUE, WA 98009


CITY OF LOS ANGELES-PUBLIC WORKS SANI.
PO BOX 30749
LOS ANGELES, CA 90030-0749


CITY OF LYNNWOOD
PO BOX 5008
LYNNWOOD, WA 98046-5008


CITY OF SEATTLE
PO BOX 34904
SEATTLE, WA 98124-1904


CITY OF SEATTLE DEPT OF FINANCE
PO BOX 35178
SEATTLE, WA 98124-1234


COASTLINE EQUIPMENT, INC.
2235 EAST BAKERVIEW RD
BELLINGHAM, WA 98226


COMCAST-SEATTLE
PO BOX 34227
SEATTLE, WA 98124


COMFORT SYSTEMS USA (NW)
18702 NORTH CREEK PKWY #110
BOTHELL, WA 98011


COMPEAT, INC.
11500 ALTERRA PKWY, STE 130
AUSTIN, TX 78758


CONSERVICE
PO BOX 4718
LOGAN, UT 84323
```

```
COPIERS NORTHWEST, INC.
601 DEXTER AVE N
SEATTLE, WA 98109


COUNTY OF LOS ANGELES
PO BOX 54978
LOS ANGELES, CA 90054-0978


COUNTY OF ORANGE
PO BOX 1438
SANTA ANA, CA 92702-1438


COX CABLE
PO BOX 53280
PHOENIX, AZ 85072


CSC CORPORATION SERVICE COMPANY
2711 CENTERVILLE ROAD, STE 400
WILMINGTON, DE 19808


CULLIGAN
25 EAST 3RD AVE
SPOKANE, WA 99202


CUSTOM SPACE
915 S 96TH ST
SEATTLE, WA 98108


DEPARTMENT OF ALCOHOLIC BEVERAGE CONTROL
3927 LENNANE DR, STE 100
SACRAMENTO, CA 95834


DEPT OF L&I BOILER,PRESSURE VESSEL SECT.
PO BOX 44410
OLYMPIA, WA 98504-4410


DIRECTTV
PO BOX 105249
ATLANTA, GA 30348-5249


DUCK DELIVERY OF WASHINGTON
1509 45TH ST E
SUMNER, WA 98390
```

```
E LA CARTE
810 HAMILTON STREET
REDWOOD CITY, CA 94063


ECOLAB
PO BOX 100512
PASADENA, CA 91189-0512


ECOLAB PEST ELIMINATION
24198 NETWORK PL
CHICAGO, IL 60673-1241


ELECTROMATIC REFRIGERATION, LLC
325 WASHINGTON AVE S, STE 205
SEATTLE, WA 98032


EPICENTER
620 N 34TH ST
SEATTLE, WA 98103


EVANS PROFESSIONAL SERVICES LLC
475 MT. KENYA DRIVE SW
ISSAQUAH, WA 98027


FASHION ISLAND
401 NEWPORT CENTER DR, #A150
NEWPORT BEACH, CA 92660


FED EX
PO BOX 7221
PASADENA, CA 91109-7321


FISHBOWL
PO BOX 740513
ATLANTA, GA 30374-0513


FRONTIER
PO BOX 20550
ROCHESTER, NY 14602


GOOD TO GO!
PO BOX 34562
SEATTLE, WA 98124
```

GRANITE TELECOMMUNICATIONS
PO BOX 8983119
BOSTON, MA 02298


GRAY V
1098 W WILLOW ST
LOUISVILLE, CO 80027


HARBOR DISTRIBUTING
C/O REYES HOLDINGS, LLC
6250 N. RIVER RD, STE 9000
ROSEMONT, IL 60018


HORECO, INC,
4332 CHENNAULT BEACH RD
MULKITEO, WA 98275


INTERNATIONAL LEASING CO
PO BOX 84764
SEATTLE, WA 98124


IPFS CORPORATION
24722 NETWORK PLACE
CHICAGO, IL 60673-1247


JACKSON LEWIS P.C.
1133 WESTCHESTER AVE, STE 125
WEST HARRISON, NY 10604


JFC ALCOHOL
5015 E 8TH ST, STE B
TACOMA, WA 98424


JFC INTERNATIONAL
5022 E 8TH ST, STE B
TACOMA, WA 98431


JOHN NAKATSU
4700 CALIFORNIA AVE SW #W210
SEATTLE, WA 98116


JORDAN RIVER MOVING, LLC
13513 NE 126TH PL
KIRKLAND, WA 98034

JOSE MEZA
3070 EAST FRONTERA ST, #133
ANAHEIM, CA 92806


JUNICHIRO ISE
212 126TH ST SE, #A
EVERETT, WA 98028


KETER ENVIRONMENTAL SERVICES, INC
PO BOX 47468
BOSTON, MA 02241-7468


KING COUNTY TREASURY
500 4TH AVE #600
SEATTLE, WA 98104-2340


KINGPACK INDUSTRIAL LIMITED
7-11 CANTON ROAD 1401
TSIMSHATSUI, HONG KONG
CHINA


KMJ CORBIN & COMPANY
535 ANTON BLVD, STE 1050
COSTA MESA, CA 92626


KORIN JAPANESE TRADING
57 WARREN STREET
NEW YORK, NY 10007


LA FIXIT APPLIANCE REPAIR
14290 DICKENS ST, UNIT 105
SHERMAN OAKS, CA 91423


LAMLOGIC CONSULTING INC,
2201 138TH AVE SE
BELLEVUE, WA 98005


LCA BANK CORPORATION
PO BOX 1297
TROY, MI 48099-1297


LEMAY MOBILE SHREDDING
2910 HOGUM BAY RD NE
LACEY, WA 98516

```
LOS ANGELES DEPT. OF WATER & POWER
PO BOX 30808
LOS ANGELES, CA 90030


MCM INSURANCE SERVICES
1325 4TH AVE, STE 2100
SEATTLE, WA 98101


MEGAPATH
PO BOX 120324
DALLAS, TX 75312-0324


MICHAEL SVOBODA
4242 LOCUST AVE
LONG BEACH, CA 90807


MOSS ADAMS
PO BOX 101822
PASADENA, CA 91189-1822


NCR
PO BOX 198755
ATLANTA, GA 30384


NETMASONS INC
4367 SOUTH 100 WEST
ANDERSON, IN 46013


NEW LIFE UPHOLSTERY
PO BOX 101
SOUTHWORTH, WA 98386


NORTHERN FISH
PO BOX 9615
TACOMA, WA 98409


NORTHWEST KITCHEN EXHAUST CLEANING, INC
1116 INDUSTRY DRIVE
TUKWILA, WA 98188


NORTHWEST RECYCLING, INC.
PO BOX R
BELLINGHAM, WA 98227
```

PARKING CONCEPTS INC.
1400 IVAR AVE
HOLLYWOOD, CA 90028


PARKING SERVICES
4739 UNIVERSITY WAY NE, #1646
SEATTLE, WA 98105


PETER LIU
12211 SE 65TH ST
BELLEVUE, WA 98006


PITNEY BOWES
PO BOX 371874
PITTSBURGH, PA 15250-7874


PLASTIC SALES & SERVICES
5522 208TH STREET SW
LYNNWOOD, WA 98036


POLESTAR BENEFITS INC
412 JEFFERSON PARKWAY, STE 202
LAKE OSWEGO, OR 97035


PRINCIPAL FINANCIAL GROUP
PO BOX 10372
DES MOINES, IA 50306-0372


PSE
BOT-01H PO BOX 91269
BELLEVUE, WA 98009-9269


QWEST
PO BOX 12480
SEATTLE, WA 98111-4480


REACT AUDIOVISUAL SYSTEMS
10000 5TH AVE NE, #24
SEATTLE, WA 98125


REPUBLIC MASTER CHEFS
PO BOX 15267
LOS ANGELES, CA 90015

```
REPUBLIC PARKING NORTHWEST
200 WEST MERCER ST, STE 103
SEATTLE, WA 98119


RICARDO GONZALEZ
4550 38TH AVE SW, UNIT 608
SEATTLE, WA 98126


ROWLEY PROPERTIES, INC.
1595 NW GILMAN BLVD, STE 1
ISSAQUAH, WA 98027


SANDCASTLE
1930 6TH AVE SOUTH #303
SEATTLE, WA 98134


SEMPRA ENERGY
PO BOX C
MONTEREY PARK, CA 91756-5111


SERVICE LINEN
PO BOX 957
RENTON, WA 98057


SNOHOMISH HEALTH DISTRICT
3020 RUCKER AVE, STE 104
EVERETT, WA 98201-3900


SOCAL HOODS
1904 HARBOR BLVD, STE 126
COSTA MESA, CA 92627


SOUTHERN CALIFORNIA EDISON
PO BOX 300
ROSEMEAD, CA 91772


SOUTHERN GLAZER'S WINE & SPRIRTS
PO BOX 84044
SEATTLE, WA 98124-8444


SOUTHERN WINE & SPIRTIS SO CAL
1600 NW 163RD STREET
MIAMI, FL 33169
```

SPRAGUE PEST SOLUTIONS
PO BOX 2222
TACOMA, WA 98401-2222


STANDARD PARKING
1508 7TH AVE
SEATTLE, WA 98101


STAPLES
PO BOX 83689
CHICAGO, IL 60696


STATE OF DELWARE
PO BOX 5509
BINGHAMPTON, NY 13902-5509


STATE OF WASHINGTON BUSINESS LICENSING
PO BOX 34456
SEATTLE, WA 98124-1456


SUN WEST
PO BOX 19705
SEATTLE, WA 98109


SUPERGRAPHICS
2201 15TH AVE WEST
SEATTLE, WA 98119


SUPERIOR JANITORIAL SERVICE
8096 ROSS ST
EASTVALE, CA 92880


SUPERIOR SERVICES WINDOW CLEANING LLC
PO BOX 2424
SEQUIM, WA 98382


SYSCO
PO BOX 97054
KENT, WA 98064-9754


TAPMAN VR
14020 18TH PL W
LYNNWOOD, WA 98087

TEC MECHANICAL
PO BOX 53025
BELLEVUE, WA 98015


THE DINCES LAW FIRM
5314 28TH STREET NW
GIG HARBOR, WA 98335


THE DOME LLC
AR DEPT 843151
LOS ANGELES, CA 90084-3151


THE HADDOW GROUP, LLC
9142 WAVERLY DR SW
LAKEWOOD, WA 98499


THE IRVINE COMPANY LLC
PO BOX 840363
LOS ANGELES, CA 90084-0363


TRANSITIONS2EARTH
4201 AURORA AVE N, STE 200
SEATTLE, WA 98103


TRUE POINT PACKAGING
2315 N 58TH ST
SEATTLE, WA 98103


TRUE WORLD CALIFORNIA
4200 S ALAMEDA ST
VERNON, CA 90058


TWO MEN AND A TRUCK
607 SE EVERETT MALL WAY SUITE
EVERETT, WA 98208


ULINE
PO BOX 88741
CHICAGO, IL 60680-1741


UNIVERSITY VILLAGE
PO BOX 24702
SEATTLE, WA 98124-0702

US BANK
PO BOX 790448
ST LOUIS, MO 63179


US FIRE AND PROTECTION, INC
11589 TUXFORD ST #1
SUN VALLEY, CA 91352


WA STATE DEPT OF AGRICULTURE
PO BOX 42560
OLYMPIA, WA 98504-2560


WALSH EQUIPMENT REPAIR, INC.
1519 128TH PL NE
BELLEVUE, WA 98005


WASHINGTON HOSPITALITY ASSOCIATION
510 PLUM STREET SE, STE 200
OLYMPIA, WA 98501-1587


WASTE MANAGEMENT
PO BOX 4648
CAROL STREAM, IL 60197-4648


WEA SOUTHCENTER LLC
PO BOX 9034
OLYMPIA, WA 98507-9034


YOUNG OCEAN, INC.
20233 80TH AVE S
KENT, WA 98032


YOUNGS COLUMBIA DIST.
20301 59TH PL S
KENT, WA 98032


ZEN COURIERS
8506 11TH AVE NW
SEATTLE, WA 98117

# United States Bankruptcy Court
## Western District of Washington

In re    **Madison Holdings**                        Case No. _____

                                     Debtor(s)            Chapter     **7**

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for    **Madison Holdings**    in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■ None [*Check if applicable*]

| | |
|---|---|
| **January 11, 2019** | **/s/ Christine M. Tobin-Presser** |
| Date | **Christine M. Tobin-Presser** |
| | Signature of Attorney or Litigant |
| | Counsel for    **Madison Holdings** |
| | **Bush Kornfeld LLP** |
| | **601 Union St., Suite 5000** |
| | **Seattle, WA 98101-2373** |
| | **(206) 292-2110 Fax:(206) 292-2104** |
| | **ctobin@bskd.com** |